# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAUL R. COTE & JOANNE COTE  
1394 KIWANIS DRIVE  
FREEPORT, IL  61032

Case Number: 05-72697  
SSN-xxx-xx-6469 & xxx-xx-9303

Case filed on: 5/31/2005  
Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,650.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY MARK E ZALESKI | 1,494.00 | 1,494.00 | 1,494.00 | 0.00 |
|  | Total Legal | 1,494.00 | 1,494.00 | 1,494.00 | 0.00 |
| 002 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITICARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CARD MEMBER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PAUL R. COTE | 0.00 | 0.00 | 50.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 50.00 | 0.00 |
| 018 | WINTERS & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE | 2,146.56 | 2,146.56 | 303.90 | 0.00 |
| 004 | CAPITAL ONE | 3,186.31 | 3,186.31 | 451.10 | 0.00 |
| 005 | CAPITAL ONE | 3,146.78 | 3,146.78 | 445.51 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 1,308.19 | 1,308.19 | 185.21 | 0.00 |
| 008 | FIFTH THIRD BANK | 472.70 | 472.70 | 66.92 | 0.00 |
| 009 | CARD MEMBER SERVICES | 470.42 | 470.42 | 66.60 | 0.00 |
| 011 | FREEPORT HEALTH NETWORK | 814.50 | 814.50 | 115.32 | 0.00 |
| 012 | JH BARKAU & SONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | KNOLLWOOD ESTATES MOBILE HOME PARK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MIDWEST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NORTHWEST EYE CARE | 350.06 | 350.06 | 49.56 | 0.00 |
| 016 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LYNN SHUEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | UNION SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 223.32 | 223.32 | 31.62 | 0.00 |
| 022 | CAPITAL ONE | 829.78 | 829.78 | 117.48 | 0.00 |
| 023 | CAPITAL ONE | 207.92 | 207.92 | 29.42 | 0.00 |
|  | Total Unsecured | 13,156.54 | 13,156.54 | 1,862.64 | 0.00 |
|  | Grand Total: | 14,650.54 | 14,650.54 | 3,406.64 | 0.00 |

Total Paid Claimant:   $3,406.64  
Trustee Allowance:     $243.36  
Percent Paid Unsecured:  14.16

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL   on 09/26/2008         By  /s/Heather M. Fagan